## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH GRASSO, et al.,** | : | |
| **Appellants,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 13-4308** |
| | : | |
| **MADISON CAPITAL CO.,** | : | |
| **Appellee** | : | |

### <u>ORDER</u>

**AND NOW**, this 31st day of March 2013, upon consideration of Appellant Joseph Grasso's Appeal Brief (Doc. No. 25) and Appellee Madison Capital Co.'s and the Trustee's Responses thereto and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Bankruptcy Court's Order of June 12, 2013 (*In Re Grasso*, No. 12-bk-11063 (Bankr. E.D. Pa, 2012) Doc. No. 652) is **AFFIRMED**.

The Clerk of the Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED**.

BY THE COURT:

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**